

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00262-CR

**IN RE** Jesus **SUTTLES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Sandee Bryan Marion, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:    May 20, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On May 7, 2009, relator Jesus Suttles filed a petition for writ of mandamus, seeking to compel the trial court to order the production of TDCJ mail logs. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

                                            PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2003-CR-1796, styled *State v. Jesus Suttles*, in the 144th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.